THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RIGOBERTO BENITEZ, Appellant.

Submitted January 5, 2009; decided February 12, 2009

Motion to dismiss the appeal herein granted and appeal dismissed, without prejudice to defendant making a motion to reinstate the appeal should he return to this Court's jurisdiction (*see People v Diaz*, 7 NY3d 831 [2006]).

Chief Judge Lippman taking no part.